UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CONSTRUCTION SOUTH, INC. | CIVIL ACTION |
| VERSUS | NO. 11-1201 |
| GAYLE O. JENKINS | SECTION "N"(3) |

### ORDER

The Court, after considering the parties' submissions regarding plaintiff's application for attorney's fees, the entirety of the record, the applicable law, the Magistrate Judge's Report and Recommendation [Doc. #35] and the absence of any objections thereto, hereby approves the aforesaid Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff be awarded attorneys' fees and costs in the amount of **$8,584.00**.

New Orleans, Louisiana, this 2nd day of September, 2011.

UNITED STATES DISTRICT JUDGE