UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CONSTRUCTION SOUTH, INC.                    CIVIL ACTION

VERSUS                                       NO. 11-1201

GAYLE O. JENKINS                             SECTION "N"(3)

ORDER

The Court, after considering the parties' submissions regarding plaintiff's application for attorney's fees, the entirety of the record, the applicable law, the Magistrate Judge's Report and Recommendation [Doc. #35] and the absence of any objections thereto, hereby approves the aforesaid Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff be awarded attorneys' fees and costs in the amount of $8,584.00.

New Orleans, Louisiana, this 2nd day September, 2011.

_____
UNITED STATES DISTRICT JUDGE